**Order filed February 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00064-CV
_____

**MONICA FLORES JOHNSON, Appellant**

**V.**

**DAVIS HARDEN, Appellee**

---

**On Appeal from the 250th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-FM-17-000798**

---

## O R D E R

The notice of appeal in this case was filed December 20, 2017. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 14, 2018.** *See* Tex. R. App. P. 5. If appellant fails

to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM